**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **COURTNEY BOWEN** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | **Civil Action No.** |
| | : | **5:99-MC-003-HL** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |
| | : | |

# ORDER

Before the Court is Movant's Motion for Leave to Appeal In Forma Pauperis

(Doc. 21).  Pursuant to 28 U.S.C. § 1915, "[a]n appeal may not be taken in forma

pauperis if the trial court certifies in writing that it is not taken in good faith."  28

U.S.C. § 1915(a)(3).  In addition, Federal Rule of Appellate Procedure 24 provides:

> a party to a district-court action who desires to appeal in forma pauperis
> must file a motion in the district court.  The party must attach an
> affidavit that:
>
> (A) shows...the party's inability to pay or to give security for fees and
> costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal.

FED. R. APP. P. 24(a)(1).  Thus, a motion to proceed IFP on appeal should be granted only if the moving party shows an inability to pay, and the district court determines that the appeal is being brought in good faith.

In this case, Movant has demonstrate an inability to pay, but he is not entitled to proceed IFP on appeal because the appeal is not taken in good faith.  In the context of 28 U.S.C. § 1915, good faith means that the litigant seeks the review of issues that are not frivolous from an objective standard.  <u>United States v. Wilson</u>, 707 F. Supp. 1582, 1583 (M.D. Ga. 1989).  After reviewing the issues that Movant seeks to raise in his Notice of Appeal (Doc. 18), this Court concludes that Movant cannot file an appeal in good faith.  As a result, his Motion to Proceed IFP on Appeal is denied.

**SO ORDERED**, this the 16th day of September, 2008

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

dhc